United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

ANGIE INMAN, et. al.,                              )   Case No.: 13-CV-03235-LHK
                                                   )
12                        Plaintiffs,              )   ORDER CONTINUING CASE
                                                   )   MANAGEMENT CONFERENCE
13            vs.                                  )
                                                   )
14   SANTA CRUZ SEASIDE COMPANY, et. al.,          )
                                                   )
15                        Defendants.              )
                                                   )
16   _____        )

17         The parties have filed a notice of conditional settlement. ECF No. 49. The Court

18   CONTINUES the Case Management Conference set for May 21, 2014 to  June 25, 2014 at 2 p.m.

19   The parties shall file a stipulation of dismiss by June 13, 2014. If they are unable to file such a

20   stipulation, the parties shall file a joint case management statement by June 18, 2014.

21   **IT IS SO ORDERED.**

22

23   Dated: May 8, 2014                        _____
                                               LUCY H. KOH
24                                             United States District Judge

25
26
27
28

Case No.: 13-CV-03235-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE